1  DOWNEY BRAND LLP
   MATTHEW J. WEBER (Bar No. 227314)
2  DAVID M. FOX (Bar No. 305147)
   3425 Brookside Road, Suite A
3  Stockton, CA  95219-1757
   Telephone:    (209) 473-6450
4  Facsimile:    (209) 473-6455
   mweber@downeybrand.com
5  dfox@downeybrand.com

6  Attorneys for Plaintiff
   TRI-DAM
7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                          FRESNO DIVISION

11

12  TRI-DAM,                           Case No.  1:20-cv-00571

13              Plaintiff,              **ORDER**

14       v.

15  BRYAN PREESHL and JENNIFER
    PREESHL,
16
                Defendants.
17

18       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

19       On June 14, 2021, the Parties to this action filed a Stipulation to Continue Discovery

20  Deadlines, which is APPROVED.  The parties are reminded the settlement discussions are not

21  good cause for a continuance.  However, in the interest of justice and based upon the Parties'

22  Stipulation, the Order VACATES the prior deadlines for the events listed below and

23  CONTINUES them as follows:

24  ///

25  ///

26  ///

27  ///

28
    1721490v1                              1
                                        ORDER

| Event | New Deadline |
|---|---|
| Non-expert discovery cutoff | July 15, 2021 |
| Expert disclosure | August 16, 2021 |
| Supplemental expert disclosure | September 15, 2021 |
| Expert discovery cutoff | October 15, 2021 |
| Pretrial motion filing deadline | November 15, 2021 |

Any further request to continue deadlines must be supported by good cause.

IT IS SO ORDERED.

Dated:   **June 16, 2021**                    /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE